***E-FILED ON 10/6/05*** 

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AT-ROAD, INC., | No. C05-01018 HRL |
| Plaintiff, | |
| v. | **ORDER TO SHOW CAUSE RE SETTLEMENT** |
| HANSON AGGREGATES, INC., | |
| Defendant. | |

The court is informed that the parties have settled this matter. In light of the settlement, all trial and pretrial dates have been vacated.

**On or before November 30, 2005**, the parties shall file a stipulated dismissal pursuant to Fed.R.Civ.P. 41(a). If a dismissal is not filed by the specified date, all parties shall appear in Courtroom 2, 5th Floor of the United States District Court, 280 South First Street, San Jose, CA 95113 on **December 13, 2005, 10:00 a.m.** and show cause, if any, why the case should not be dismissed pursuant to Fed.R.Civ.P. 41(a). The parties shall file a statement in response to this Order to Show Cause **no later than December 6, 2005**. The joint statement shall state (1) the status of the activities of the parties in finalizing settlement; and (2) how much additional time, if any, is requested to finalize the settlement and file the dismissal. If a voluntary dismissal is filed as ordered, the Order to Show Cause hearing will be automatically vacated and the parties need not file a joint statement

**United States District Court**
For the Northern District of California

1  in response to this Order.

2  Dated: October 6, 2005

3  /s/ Howard R. Lloyd
   _____
   HOWARD R. LLOYD
4  UNITED STATES MAGISTRATE JUDGE

**5:05-cv-1018 Notice will be electronically mailed to:**

Kenneth J. McCarthy kjm@knoxricksen.com, gdw@knoxricksen.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

Courtesy copy will be mailed to:

**Michael A. Mooney**
Law Offices of Michael A. Mooney
Suite 318
520 El Camino Real
San Mateo, CA 94402

**Counsel is reminded of the obligation to register for e-filing pursuant to General Order No. 45**.

3